IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>KEVIN B. MCKNIGHT<br>JESSICA M. MCKNIGHT,<br>  **Debtor(s)** | Bankruptcy No. 22-20842-GLT<br><br>Chapter 7 |
| KINECTA FEDERAL CREDIT UNION,<br>  **Movant** | Related To Document No. 26 and 27 |
| v. | **Response Deadline: 7/14/22** |
| KEVIN B. MCKNIGHT<br>JESSICA M. MCKNIGHT,<br>  **Respondent(s)** | **Hearing Date: 8/9/22 at 2:00 PM** |
| NATALIE LUTZ CARDIELLO,<br>  **Trustee** | |

### CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on June 27, 2022, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

Kevin and Jessica McKnight
4634 Verona Road
Verona, PA 15147
(Debtors)

Bryan P. Keenan, Esq.
993 Greentree Road
Suite 200
Pittsburgh, PA 15220
(Attorney For Debtors)

Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com