# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No. 22-20842-GLT |
|---|---|
| **Kevin B. McKnight** | **Chapter 7** |
| **Jessica M. McKnight** | **Doc. No.** |
| Debtors | |
| **Kevin B. McKnight** | |
| **Jessica M. McKnight** | |
| Movants | |
| vs. | |
| **Snap Finance** | |
| Respondent | |

## CERTIFICATE OF SERVICE FOR DEBTORS
## AMENDED COVER SHEET, AMENDED SCHEDULE F,
## COURT ORDER AND 341 MEETING OF CREDITORS NOTICE

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on   **June 28, 2022**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Bankruptcy Trustee Natalie Lutz Cardiello,** at ncardiello@cardiello−law.com


**1.) Service by First Class Mail--**
a. **Snap Finance** Attn: Loss Prevention Salt Lake City, UT 84126
b. **Snap Finance** Attn: Loss Prevention P.O box 26561 Salt Lake City, UT 84126

Date: **June 28, 2022**            /s/ **Bryan P. Keenan**
                                   Bryan  P. Keenan, PA ID No. 89053
                                   Bryan  P. Keenan  & Associates P.C.
                                   Attorney for Debtor
                                   993 Greentree Road, Suite 101
                                   Pittsburgh, PA 15220
                                   (412) 922-5116
                                   keenan662@gmail.com