IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| KEVIN B. MCKNIGHT ) | Bankruptcy No. 22-20842-GLT |
| JESSICA M. MCKNIGHT, ) | |
|    **Debtor(s)** ) | Chapter 7 |
| ) | |
| KINECTA FEDERAL CREDIT UNION, ) | |
|    **Movant** ) | Related To Document No. 32 |
| ) | |
| v. ) | |
| ) | **Response Deadline:  7/14/22** |
| KEVIN B. MCKNIGHT ) | |
| JESSICA M. MCKNIGHT, ) | **Hearing Date:  8/9/22 at 2:00 PM** |
|    **Respondent(s)** ) | |
| ) | |
| NATALIE LUTZ CARDIELLO, ) | |
|    **Trustee** ) | |

**CERTIFICATE OF SERVICE**

   I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on July 22, 2022, I served by United States mail, first class, postage prepaid, the Default Order on Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Kevin and Jessica McKnight<br>4634 Verona Road<br>Verona, PA 15147<br>(Debtors) | Bryan P. Keenan, Esq.<br>993 Greentree Road<br>Suite 200<br>Pittsburgh, PA 15220<br>(Attorney For Debtors) |
| Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

   I certify under penalty of perjury that the foregoing is true and correct.

                                              /s/ William E. Craig
                                              William E. Craig, Esquire
                                              Bar ID# 92329
                                              Morton & Craig LLC
                                              110 Marter Avenue, Suite 301
                                              Moorestown, NJ 08057
                                              (856) 866-0100
                                              bcraig@mortoncraig.com