FILED
7/21/22 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>KEVIN B. MCKNIGHT )<br>JESSICA M. MCKNIGHT, )<br>**Debtor(s)** ) | Bankruptcy No. 22-20842-GLT<br><br>Chapter 7 |
| )<br>KINECTA FEDERAL CREDIT UNION, )<br>**Movant** ) | Related To Document No. 26 |
| )<br>v. ) | |
| )<br>KEVIN B. MCKNIGHT )<br>JESSICA M. MCKNIGHT, )<br>**Respondent(s)** ) | **Response Deadline: 7/14/22**<br><br>**Hearing Date: 8/9/22 at 2:00 PM** |
| )<br>NATALIE LUTZ CARDIELLO, )<br>**Trustee** | |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This __21st__ day of __July__, 2022, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's certification of service and certification of no objection, it is

ORDERED that the above-captioned Motion is granted insofar as it requests relief from the automatic stay imposed by 11 U.S.C. §362 (and, to the extent that relief from the co-debtor stay was requested in the motion, relief from stay is granted under §1301).

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a Certificate Of Service.

Dated: 7/21/22
default entry

_____
UNITED STATES BANKRUPTCY JUDGE

c:  William E. Craig, Esquire
    Morton & Craig LLC
    110 Marter Avenue, Suite 301
    Moorestown, NJ 08057
    (856) 866-0100
    PA I.D. # 92329

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-20842-GLT

Kevin B. McKnight     Chapter 7

Jessica M. McKnight

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Jul 21, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin B. McKnight, Jessica M. McKnight, 4634 Verona Road, Verona, PA 15147-1735 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor Matrix Financial Services Corp. bnicholas@kmllawgroup.com

Bryan P. Keenan
    on behalf of Debtor Kevin B. McKnight keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
    on behalf of Joint Debtor Jessica M. McKnight keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jul 21, 2022 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Kinecta Federal Credit Union ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7